Good morning, Your Honor. May it please the Court. Opposing counsel, my name is Suzanne Lee Elliott, and I'm here on behalf of Mr. Thomas. The landscape of this case has changed considerably since the briefing was filed. I am willing to concede the matter, as Mr. serve. On the other hand, I believe that Judge, to be perfectly candid with the Court, Judge Peckman's analysis more closely resembles that of the analysis of the majority of the Court in James v. United States, and mine more closely resembles the dissent's. Well, we appreciate your candor. Obviously, it's an issue with two sides, as evidenced by the split decision. My only argument, such as is left, is that, in fact, the actual elements of the offense of rape in the third degree from the State of Washington do not correspond with the actual elements of rape in the State of Washington. And I would note that the Court, prior to the James case, had seemed to make a distinction between those kinds of sexual offenses that involve children as opposed to other kinds of sexual offenses. I would note that I think Scalia has a point when he says that I don't think so. I appreciate your acknowledgment of the change in the landscape. Thank you very much. May it please the Court, my name is Helen Bruner. I'm an assistant United States attorney here representing the United States. In light of James and the arguments of counsel, we would simply ask the Court to affirm unless there are any questions. I think there are not. Thank you, Ms. Bruner. Ms. Elliott, the case of the United States v. Thomas is submitted.
judges: Hug, McKeown, W. Fletcher